IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.   96-CR-00067-RBJ

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DAN JEAN HENDERSHOTT,

    Defendant.

---

## GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 63 and 64

---

The United States of America, by and through Acting United States Attorney Matthew T. Kirsch and Assistant United States Attorney Valeria Spencer, respectfully moves to restrict Document Nos. 63 and 64, and any order revealing the contents of these documents, for the reasons stated in the restricted brief filed in support of this motion [document no. 62]. The United States requests a "Level 2" Restriction, which will limit the restricted access to the applicable parties.

Respectfully submitted this 7th day of July 2021.

                MATTHEW T. KIRSCH
                Acting United States Attorney

By:   *s/Valeria Spencer*
       VALERIA SPENCER
       Assistant United States Attorney
       U.S. Attorney's Office
       1801 California Street, Suite 1600
       Denver, CO 80202
       Telephone: 303-454-0100
       Fax: 303-454-0403
       E-mail: valeria.spencer@usdoj.gov
       Attorney for government

## CERTIFICATE OF SERVICE

   I certify that on this **7**th day of July 2021, I electronically filed the foregoing **GOVERNMENT'S MOTION TO RESTRICT DOCUMENT NOS. 63 and 64** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record in this case.

             By: <u>*s/Valeria Spencer*</u>
                VALERIA SPENCER
                Assistant United States Attorney
                U.S. Attorney's Office
                1801 California Street, Suite 1600
                Denver, CO. 80202
                Telephone: (303) 454-0100
                Fax: (303) 454-0405
                e-mail: valeria.spencer@usdoj.gov